UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Enrique Rivera-Garcia<br><br>Defendant(s) et. al. | CRIMINAL NO. 08mj1643<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Juan Luis Hernandez-Morales

DATED: 6/19/08

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
     DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
     by Rhea Rhone
          Deputy Clerk
               R. Rhone