# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs  ENRIQUE RIVERA-GARCIA & RICARDO PERALTA-ZAZUETA     No.  08CR2053-WQH

The Court finds excludable delay, under the section indicated by check ( ✓ ),

commenced on _____ and ended on _____ ; ( )
              6-30-08              and ended on  10-6-08           . (XT/XT)1

**3161(h)**

___ (1)(A)     Exam or hrg for **mental or physical incapacity**                         A
___ (1)(B)     **NARA exam**ination (28:2902)                                            B
___ (1)(D)     State or Federal trials or **other charges pending**                      C
___ (1)(E)     **Interlocutory appeals**                                                 D
___ (1)(F)     **Pretrial motions** (from flg to hrg or other prompt dispo)              E
___ (1)(G)     **Transfers from other district** (per FRCrP 20, 21 & 40)                 F
___ (1)(J)     **Proceedings under advisement** not to exceed thirty days                G
___            Misc proc: Parole or prob rev, deportation, **extradition**               H
___ (1)(H)     **Transportation** from another district or to/from examination           6
               or hospitalization in ten days or less
✗ (1)(I)       Consideration by Court of **proposed plea agreement**                    (7)
___ (2)        **Prosecution deferred** by mutual agreement                              I
___ (3)(A)(B)  **Unavailability of defendant** or **essential witness**                  M
___ (4)        Period of **mental or physical incompetence** of defendant to             N
               stand trial
___ (5)        Period of **NARA commitment or treatment**                                O
___ (6)        **Superseding indictment and/or new charges**                             P
___ (7)        **Defendant awaiting trial of co-defendant** when no severance            R
               has been granted
___ (8)(A)(B)  **Continuance**s granted per (h)(8)-use "T" alone if more than            T
               one of the reasons below are given in support of continuance
___ (8)(B)(I)  1) Failure to grant a **continuance** in the proceeding                  (T1)
               would result in a **miscarriage of justice** and
               the ends of justice outweigh the best interest
               of the public and the defendant in a speedy trial.
               **(Continuance - miscarriage of justice)**
✗              2) Failure to grant a **continuance** of the trial would result in
               a miscarriage of justice as the defendant has tendered a
               guilty plea to a magistrate judge and is awaiting a
               determination as to whether the plea will be accepted.
               **(Continuance - tendered a guilty plea)**
___ (8)(B)(ii)  2) **Case** unusual or **complex**                                       T2
___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days  T3
___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,     T4
               or give reasonable time to prepare
               **(Continuance re counsel)**
___ 3161(I)    Time up to **withdrawal of guilty plea**                                  U
___ 3161(b)    **Grand jury indictment time extended** thirty (30) more days             W

Date 6/30/08                                                _____
                                                            Judge's Initials